MARY PASCALE. PLAINTIFF-RESPONDENT, v. BOSMAN & CASSON, INCORPORATED, DEFENDANT-APPELLANT.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellant, *Townsend & Doyle* (*Mark Townsend, Jr.,* and *Thomas F. Doyle,* of counsel).

For the respondent, *Maurice L. Wenzelberg* (*I. George Koven,* of counsel).

Per Curiam.

Finding no error in the proceedings in the trial court the judgment below is affirmed, with costs.

*For affirmance*—The Chancellor, Chief Justice, Lloyd, Case, Bodine, Donges, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, JJ.   13.

*For reversal*—None.